**FILED**
April 18, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TIFFANY BROWN, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-mj-00082 DAD <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Tiffany Brown__ ; Case __2:11-mj-00082 DAD__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

_X_   Unsecured Appearance Bond in the amount of $50,000, co-signed by defendant's grandmother, Barbara Adams

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

_X_   (Other) Pretrial Supervision/Conditions.

Issued at __Sacramento, CA__ on __4/18/2011__ at __2:00 pm__

By _____
KENDALL J. NEWMAN,
United States Magistrate Judge