FILED
April 18, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>          Plaintiff,            )<br>v.                              )<br>                                )<br>TIFFANY BROWN,                  )<br>                                )<br>          Defendant.            )   | CASE NUMBER: 2:11-mj-00082 DAD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Tiffany Brown__ ; Case _2:11-mj-00082 DAD_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of $50,000, co-signed by defendant's grandmother, Barbara Adams

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) _Pretrial Supervision/Conditions._

Issued at __Sacramento, CA__ on __4/18/2011__ at __2:00 pm__

By _____
KENDALL J. NEWMAN,
United States Magistrate Judge